# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION

| | |
|---|---|
| ENGLISH MOUNTAIN SPRING WATER COMPANY, INC., )<br>)<br>Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>AIDCO INTERNATIONAL, INC., )<br>)<br>Defendant/Counter-Plaintiff. ) | Case No. 3:07-CV-324 |

## AGREED FINAL JUDGMENT

It now appearing to the Court, as evidenced by the signatures of respective counsel below, that Defendant AIDCO International, Inc. ("Defendant") has agreed to the entry of a judgment against it in favor of the Plaintiff English Mountain Spring Water, Inc., ("Plaintiff") in the amount of $241,000.00, less $31,250.00 in payments made by Defendant to Plaintiff pursuant to the parties' Settlement Agreement, for a total amount of $209,750.00 and to resolve all other matters in this action; and

It further appearing that this Agreed Final Judgment disposes of all claims of all parties, and that there is no just reason for delay of the entry of this Agreed Final Judgment;

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that Plaintiff be and hereby is awarded a judgment against the Defendant in the amount of TWO HUNDRED FORTY-ONE THOUSAND DOLLARS AND NO CENTS ($241,000.00), less prior payments in the amount of $31,250.00, for a total judgment amount of $209,750.00, all for which execution may issue;

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Plaintiff be and hereby is awarded post-judgment interest on the judgment at the rate of 10%, commencing on the date of the entry of this Agreed Final Judgment;

IT IS FURTHER ORDERED, ADJUDGED and DECREED that this Agreed Final Judgment disposes of all claims of all parties, there is no just reason for delay of the entry of this Agreed Final Judgment and this Agreed Final Judgment shall, and hereby is, directed to be entered as a final order and judgment of this Court as to the claims of all parties, from which execution may immediately issue;

IT IS FURTHER ORDERED, ADJUDGED and DECREED that nothing in this Agreed Final Judgment shall be deemed an order or judgment of this Court concerning the rights of the Plaintiff to recover any future costs of collection of the amounts provided for in this Agreed Final Judgment, including attorneys' fees, such rights, to the extent they exist, being fully preserved herein;

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendant's Counterclaim in this action is dismissed with prejudice; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the parties shall pay their own respective expenses, court costs, and attorney's fees.

ENTER this 19th day of APRIL, 20 10.

*Thomas W. Phillips*
THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

/s/ Shayne R. Clinton
Shayne R. Clinton (BPR #026245)
BASS, BERRY & SIMS PLC
900 S. Gay Street, Suite 1700
Knoxville, TN 37902
Telephone: (865) 521-6200
Facsimile: (865) 521-6234
sclinton@bassberry.com

*Attorneys for English Mountain
Spring Water Company, Inc.*


/s/ Richard T. Lauer (By SRC with permission)
Richard T. Lauer, Esq. (admitted *pro hac vice*)
ROBBINS, KELLY, PATTERSON & TUCKER
7 West Seventh Street, Suite 1400
Cincinnati, Ohio 45202-2417
Telephone: (513) 721-3330
Facsimile: (513) 721-5001
rlauer@rkpt.com

Deborah C. Stevens, Esq. (BPR #007241)
LEWIS, KING, KRIEG & WALDROP, P.C.
One Centre Square, Fifth Floor
620 Market Street
Knoxville, Tennessee 37902
Telephone: (865) 546-4646
Facsimile: (865) 523-6529
dstevens@lewisking.com

*Attorneys for AIDCO International, Inc.*